No. 683. EL PUEBLO, DEMANDANTE Y APELADO, v. MILA, ACUSADO Y APELANTE.—Apelación procedente. de la Corte de Dis-

trito de Mayagüez en causa por acometimiento y agresión con circunstancias agravantes. Resuelto en mayo 20, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.